# IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF ARKANSAS

Curtis J Neeley Jr.                                                    Plaintiff

CASE NO. 5:13mc66

Federal Communications Commissioners,
US Representatives; John Boehner, *et al,*
US Senators; Joe Biden, *et al,*
US Attorney General, Eric Holder Esq,                        Defendants
Microsoft Corporation,
Google Inc.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 0 8 2013

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

### MISCELLANEOUS ACTION MOTION SEEKING LEAVE TO FILE ATTACHED *PRO SE* COMPLAINT IN SERVICE OF THE PUBLIC INTERESTS IN JUSTICE AFTER ADDRESSING POTENTIAL *RES JUDICATA* CONCERNS

The prospective Plaintiff, Curtis J. Neeley Jr., seeks leave to file a complaint requiring judicial consideration before filed against named Defendants in the interest of justice and in the interest of preventing harassing or vexatious complaints from being filed. Malicious complaints with improper tenor should not be allowed regardless of motivation. The confused *pro se* complainant has sought representation and was unable to find counselors to act except due to profit motives. The attached, published complaint is wholly honorable in tenor and should unquestionably be the most morally impacting writing done on Earth since Reverend Martin Luther posted the 95th Thesis on the door of the German church on October 31, 1517. The morally impacting complaint or writing is entered as an exhibit as well as broadcast perpetually in the wire "medium" to everyone on Earth [sic] "online". See <TheEndofPornbyWire.org>. This is described more fully to show how allowance of this complaint is necessary and wholly just. This extraordinary action with supporting brief and supporting exhibits is most respectfully done serving a far greater public interest than strict application of the legal doctrines of either *res judicata* or collateral estoppel serve. This Motion is brought due to Plaintiff's love of truth and conviction due to past moral mistakes and repentance for these mistakes motivating life-long desire to cause public elucidation regarding the lack of morality allowed in the United States under the color of law since the wire "medium" became almost universal and destroyed the innocence of an entire generation exposed to "*indulgences*" again or the allowance of morality-free consumption of illegal broadcasting by wire to the anonymous in the old wire "medium" and on illegal "radio airwaves" broadcast by EMF that never needed mediums and never will need "mediums" except to explain EMF signal propagation encountered at a distance very much like gravity felt at a distance with no medium needed whatsoever.

Most Respectfully Submitted,

Curtis J. Neeley Jr.
2619 N Quality Lane
Suite 123
Fayetteville, AR 72703
4792634795

*[signature]* Curtis J Neeley Jr.

# CERTIFICATE OF SERVICE

I, Curtis J. Neeley Jr., hereby certify that on Novemver 8, 2013, I filed the forgoing personally. The District Clerk will scan this and make it accessible via CM/ECF. Furthermore; every docket entry will be accessible by wire communications BROADCASTING on the free mirror of the District Court Docket with free publicly provided electronic copies of every filing. The docket will be updated within 24-hours after any paper is filed by Mr Neeley or served and can be accessed from the following "UnRegulated BROADCAST Locations". (URLs)

1. TheEndofPornbyWire.org/             Complaint in HTML and PDF.
2. TheEndoPornbyWire.org/docket/       Free docket mirror.

URL #2 is the mirror of the docket. Each Defendant has faced the Plaintiff for the last five years in clear demonstrations of criminal success teamed with porn-hungry silent media personnel prohibiting justice in the United States due to complete cultural incompetence and treating [sic]"Internet" wire broadcasting as some "*unique and wholly new medium for human communications*" instead of simply ONE new usage of two old mediums. Radio waves, airwaves, and [sic] "Internet" have all been figures of speech used to help understand EMF field propagation since first used. No medium is **needed** for propagation of EMF just like no medium is **needed** for gravity. One quart jar will hold all radio waves, airwaves, and the entire [sic] "Internet" and a quart of water because a figure of speech is imaginary and physically does not exist. These three only existed in order to help common people understand science. The prior counselors will be served electronically as will each Senator and each Representative as well as every impacted US citizen and ALL PEOPLE ON Earth. Failure is impossible.[1] Each named Defendant was sent paper copies to be served by US mail as well at addresses listed on the following page.

Curtis J. Neeley, Jr.
2619 N Quality Ln
Suite 123
Fayetteville, AR 72703-5523
4792634795
curtis@curtisneeley.com

Curtis J Neeley Jr.

---

[1] This will be Mr Neeley's last pursuit of justice in United States' Courts this decade regardless of the result. In 2023; This will again be pursued after more justices have died if Mr Neeley or his son are not yet dead.

"Failure is impossible". - Susan B. Anthony

# IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF ARKANSAS

Curtis J Neeley Jr.                                                                                   Plaintiff

CASE NO. 5:13mc66

Federal Communications Commissioners,
US Representatives; John Boehner, *et al,*
US Senators; Joe Biden, *et al,*
US Attorney General, Eric Holder Esq,                                        Defendants
Microsoft Corporation,
Google Inc.

**Speaker of the House**
**John Boehner**
H-232 The Capitol
Washington D.C. 20515

**Claude S. Hawkins , Jr.**
U.S. Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901

**President of Senate**
**Joe Biden**
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**Marshall S. Ney**
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758

**Eric Holder Esq**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Michael Henry Page**
Durie Tangri LLP
217 Leidesdorff St.
San Francisco, CA 94111

Most Respectfully Submitted,

*Curtis J Neeley Jr.*

Curtis J. Neeley Jr.
2619 N Quality Lane Suite 123
Fayetteville, AR 72703
4792634795

2